# EXHIBIT A



## Silo Cash Advance Program Order Form

| | | | |
|---|---|---|---|
| Customer Name: | *LA Produce Distributors* | Customer Address: | *1601 E. Olympic Blvd, Bldg 100, Los Angeles, CA 90021* |
| Customer Contact: | *Matthew Clark* | Customer Billing Contact: | *Matthew Clark* |
| Customer Contact Email: | [redacted] | Customer Billing Contact Email: | [redacted] |

*Offer Terms Valid through:* *4/25/23*

| Silo Cash Advance Program Terms | Effective Date | Total Available Advance | Expected Payment Time | Fee | Your Payment to Silo |
|---|---|---|---|---|---|
| | *4/26/23* | $3,000,000 | 6 months | 3.80% | Maximum Total: $3,114,000<br>% of Future Sales: 9.2% |

**Program Details:**

Total Available Advance Amount (maximum future receivables that Silo will purchase): $3,000,000

Expected Payment Time (based on historical sales activity): 6 Months

Payment Terms (scheduled monthly payments starting months 2 through 3 or 6): (please refer to expected payment schedule)

Fee: 3.8% on the amount advanced

**Overview:**

- You can select an amount (up to the Total Available Advance) to receive as an Advance in exchange for a portion of your future sales
- Starting on the date the Advance Amount is provided, month one (1) has no required payment
- Your payment obligation begins at the start of month two (2) and continues monthly until the amount you owe is paid (Advance Amount+ Fee)
- You can elect to make payments prior to the start of month two (2) or additional payments (above the designated payment) at any time
- Additional Advance requests are subject to Silo approval
- Silo will maintain a shared expected payment schedule that is updated with each payment. You may contact Silo regarding any questions related to your expected weekly payments.

https://docs.google.com/spreadsheets/d/1Jyd9zTOTHUsK6lU6tcmBfDpoQKX_s1zBf3VqWuK5vpk/edit#gid=1617072892

**Additional Requirements:**

- Silo must receive previous month's sales and A/R report, plus company bank statement, prior to granting eligibility for an additional advance
- Silo intends to provide availability for additional advances as illustrated in the 5 year cash flow model example provided to LA Produce https://docs.google.com/spreadsheets/d/1_aqOoUjeGvgOv8CoHT24Tz3B8T5V418ilU7TG4G8kPY/edit#gid=0
- Silo reserves the right to adjust the pricing and availability for future cash advances

**Documentation Requirements:**

1. Buyout agreement (before first funding is disbursed)
2. Bank statements on operating accounts (each month prior to next advance)
3. A/R Report (each month prior to next advance)
4. P&L and Balance Sheet (at least quarterly )

**Terms of Service:**

This Order Form, Customer's use of the Silo Cash Advance Program, and receipt of any related services is subject to our Master Service Agreement which is incorporated herein by reference.

Master Service Agreement

By signing below, the parties hereby agree to all the terms and conditions of this Order and Master Service Agreement.

Silo Technologies, Inc.

Signature: DocuSigned by: Jeff Butler CBD44559138F456...

Printed Name: Jeff Butler

Title: GM, Silo Capital

Date: 5/3/2023

Customer

Signature: DocuSigned by: Matthew Clark CD23DBF2D477401...

Printed Name: Matthew Clark

Title: President

Date: 5/2/2023



**Silo Cash Advance Program Order Form**

| | | | |
|---|---|---|---|
| Customer Name: | *LA Produce Distributors* | Customer Address: | *1601 E. Olympic Blvd, Bldg 100, Los Angeles, CA 90021* |
| Customer Contact: | *Matthew Clark* | Customer Billing Contact: | *Matthew Clark* |
| Customer Contact Email: | [redacted] | Customer Billing Contact Email: | [redacted] |

*Offer Terms Valid through:* 7/8/23

| Silo Cash Advance Program Terms | Effective Date | Total Available Advance | Expected Payment Time | Fee | Your Payment to Silo |
|---|---|---|---|---|---|
| | 7/8/23 | $1,000,000 | 6 months | 4.50% | Maximum Total: $1,045,000<br>% of Future Sales: 3.1% |

**Program Details:**
Total Available Advance Amount (maximum future receivables that Silo will purchase): $1,000,000
Expected Payment Time (based on historical sales activity): 6 Months
Payment Terms (scheduled monthly payments starting months 2 through 3 or 6): (please refer to expected payment schedule)
Fee: 4.5% on the amount advanced

**Overview:**
- You can select an amount (up to the Total Available Advance) to receive as an Advance in exchange for a portion of your future sales
- Starting on the date the Advance Amount is provided, month one (1) has no required payment
- Your payment obligation begins at the start of month two (2) and continues monthly until the amount you owe is paid (Advance Amount+ Fee)
- You can elect to make payments prior to the start of month two (2) or additional payments (above the designated payment) at any time
- Additional Advance requests are subject to Silo approval
- Silo will maintain a shared expected payment schedule that is updated with each payment. You may contact Silo regarding any questions related to your expected weekly payments.
https://docs.google.com/spreadsheets/d/1Jyd9zTOTHUsK6lU6tcmBfDpoQKX_s1zBf3VqWuK5vpk/edit#gid=1617072892

**Additional Requirements:**
- Silo must receive previous month's sales and A/R report, plus company bank statement, prior to granting eligibility for an additional advance
- Silo reserves the right to adjust the pricing and availability for future cash advances

**Terms of Service:**
This Order Form, Customer's use of the Silo Cash Advance Program, and receipt of any related services is subject to our Master Service Agreement which is incorporated herein by reference.
Master Service Agreement

By signing below, the parties hereby agree to all the terms and conditions of this Order and Master Service Agreement.

Silo Technologies, Inc.

Signature: DocuSigned by: Jeff Butler CBD44559138F456...
Printed Name: Jeff Butler
Title: GM, Silo Capital
Date: 7/5/2023

Customer

Signature: DocuSigned by: Matthew Clark CD23DBF2D477401...
Printed Name: Matthew Clark
Title: President
Date: 7/5/2023



**Silo Cash Advance Program Order Form**

Customer Name: *LA Produce Distributors*
Customer Contact: *Matthew Clark*
Customer Contact Email: [redacted]

Customer Address: *1601 E. Olympic Blvd, Bldg 100, Los Angeles, CA 90021*
Customer Billing Contact: *Matthew Clark*
Customer Billing Contact Email: [redacted]

*Offer Terms Valid through:* 7/31/23

| Silo Cash Advance Program Terms | Effective Date | Total Available Advance | Expected Payment Time | Fee | Your Payment to Silo |
|---|---|---|---|---|---|
| | 7/31/23 | $447,000 | 6 months | 3.80% | Maximum Total: $463,986 |
| | | | | | % of Future Sales: 1.38% |

**Program Details:**
Total Available Advance Amount (maximum future receivables that Silo will purchase): $1,000,000
Expected Payment Time (based on historical sales activity): 6 Months
Payment Terms (scheduled monthly payments starting months 2 through 3 or 6): (please refer to expected payment schedule)
Fee: 3.8% on the amount advanced

**Overview:**
- You can select an amount (up to the Total Available Advance) to receive as an Advance in exchange for a portion of your future sales
- Starting on the date the Advance Amount is provided, month one (1) has no required payment
- Your payment obligation begins at the start of month two (2) and continues monthly until the amount you owe is paid (Advance Amount+ Fee)
- You can elect to make payments prior to the start of month two (2) or additional payments (above the designated payment) at any time
- Additional Advance requests are subject to Silo approval
- Silo will maintain a shared expected payment schedule that is updated with each payment. You may contact Silo regarding any questions related to your expected weekly payments.
https://docs.google.com/spreadsheets/d/1Jyd9zTOTHUsK6lU6tcmBfDpoQKX_s1zBf3VqWuK5vpk/edit#gid=1617072892

**Additional Requirements:**
- Silo must receive previous month's sales and A/R report, plus company bank statement, prior to granting eligibility for an additional advance
- Silo reserves the right to adjust the pricing and availability for future cash advances

**Terms of Service:**
This Order Form, Customer's use of the Silo Cash Advance Program, and receipt of any related services is subject to our Master Service Agreement which is incorporated herein by reference.
Master Service Agreement

By signing below, the parties hereby agree to all the terms and conditions of this Order and Master Service Agreement.

Silo Technologies, Inc.

Signature: DocuSigned by: Jeff Butler CBD445591386456
Printed Name: Jeff Butler
Title: GM, Silo Capital
Date: 8/1/2023

Customer

Signature: DocuSigned by: matthew clark CD33DBF2D477401...
Printed Name: matthew clark
Title: President
Date: 8/1/2023



**Silo Cash Advance Program Order Form**

| | | | |
|---|---|---|---|
| Customer Name: | *LA Produce Distributors* | Customer Address: | *1601 E. Olympic Blvd, Bldg 100, Los Angeles, CA 90021* |
| Customer Contact: | *Matthew Clark* | Customer Billing Contact: | *Matthew Clark* |
| Customer Contact Email: | [redacted] | Customer Billing Contact Email: | [redacted] |

*Offer Terms Valid through:* 8/31/23

| Silo Cash Advance Program Terms | Effective Date | Total Available Advance | Expected Payment Time | Fee | Your Payment to Silo |
|---|---|---|---|---|---|
| | 8/31/23 | $524,284.55 | 6 months | 3.80% | Maximum Total: $544,207.36 |
| | | | | | % of Future Sales: 1.61% |

**Program Details:**

Total Available Advance Amount (maximum future receivables that Silo will purchase): $524,284.55

Expected Payment Time (based on historical sales activity): 6 Months

Payment Terms (scheduled monthly payments starting months 2 through 3 or 6): (please refer to expected payment schedule)

Fee: 3.8% on the amount advanced

**Overview:**

- You can select an amount (up to the Total Available Advance) to receive as an Advance in exchange for a portion of your future sales
- Starting on the date the Advance Amount is provided, month one (1) has no required payment
- Your payment obligation begins at the start of month two (2) and continues monthly until the amount you owe is paid (Advance Amount+ Fee)
- You can elect to make payments prior to the start of month two (2) or additional payments (above the designated payment) at any time
- Additional Advance requests are subject to Silo approval
- Silo will maintain a shared expected payment schedule that is updated with each payment. You may contact Silo regarding any questions related to your expected weekly payments.

https://docs.google.com/spreadsheets/d/1Jyd9zTOTHUsK6lU6tcmBfDpoQKX_s1zBf3VqWuK5vpk/edit#gid=1617072892

**Additional Requirements:**

- Silo must receive previous month's sales and A/R report, plus company bank statement, prior to granting eligibility for an additional advance
- Silo reserves the right to adjust the pricing and availability for future cash advances

**Terms of Service:**

This Order Form, Customer's use of the Silo Cash Advance Program, and receipt of any related services is subject to our Master Service Agreement which is incorporated herein by reference.

Master Service Agreement

By signing below, the parties hereby agree to all the terms and conditions of this Order and Master Service Agreement.

Silo Technologies, Inc

DocuSigned by:

Signature: Noel Sanchez
293A024CFC11452...

Printed Name: Noel Sanchez

Title: Credit Risk

Date: 8/31/2023

Customer

DocuSigned by:

Signature: matthew clark
CD23DBF2D477401...

Printed Name: matthew clark

Title: President

Date: 8/31/2023



**Silo Cash Advance Program Order Form**

| | | | |
|---|---|---|---|
| Customer Name: | *LA Produce Distributors* | Customer Address: | *1601 E. Olympic Blvd, Bldg 100, Los Angeles, CA 90021* |
| Customer Contact: | *Matthew Clark* | Customer Billing Contact: | *Matthew Clark* |
| Customer Contact Email: | [redacted] | Customer Billing Contact Email: | [redacted] |

*Offer Terms Valid through:* 9/29/23

| Silo Cash Advance Program Terms | Effective Date | Total Available Advance | Expected Payment Time | Fee | Your Payment to Silo |
|---|---|---|---|---|---|
| | 9/29/23 | $614,985.78 | 6 months | 3.80% | Maximum Total: $638,355.23 |
| | | | | | % of Future Sales: 1.63% |

**Program Details:**
Total Available Advance Amount (maximum future receivables that Silo will purchase): $614,985.78
Expected Payment Time (based on historical sales activity): 6 Months
Payment Terms (scheduled monthly payments starting months 2 through 3 or 6): (please refer to expected payment schedule)
Fee: 3.8% on the amount advanced

**Overview:**
- You can select an amount (up to the Total Available Advance) to receive as an Advance in exchange for a portion of your future sales
- Starting on the date the Advance Amount is provided, month one (1) has no required payment
- Your payment obligation begins at the start of month two (2) and continues monthly until the amount you owe is paid (Advance Amount+ Fee)
- You can elect to make payments prior to the start of month two (2) or additional payments (above the designated payment) at any time
- Additional Advance requests are subject to Silo approval
- Silo will maintain a shared expected payment schedule that is updated with each payment. You may contact Silo regarding any questions related to your expected weekly payments.
https://docs.google.com/spreadsheets/d/1Jyd9zTOTHUsK6lU6tcmBfDpoQKX_s1zBf3VqWuK5vpk/edit#gid=1617072892

**Additional Requirements:**
- Silo must receive previous month's sales and A/R report, plus company bank statement, prior to granting eligibility for an additional advance
- Silo reserves the right to adjust the pricing and availability for future cash advances

**Terms of Service:**
This Order Form, Customer's use of the Silo Cash Advance Program, and receipt of any related services is subject to our Master Service Agreement which is incorporated herein by reference.
Master Service Agreement

By signing below, the parties hereby agree to all the terms and conditions of this Order and Master Service Agreement.

Silo Technologies, Inc.
DocuSigned by:
Signature: Noel Sanchez
293A024CFC11452...
Printed Name: Noel Sanchez
Title: Credit Risk
Date: 10/6/2023

Customer
DocuSigned by:
Signature: matthew clark
CD23DBF2D477401...
Printed Name: matthew clark
Title: President
Date: 10/6/2023



**Silo Cash Advance Program Order Form**

| | | | |
|---|---|---|---|
| Customer Name: | *LA Produce Distributors* | Customer Address: | *1601 E. Olympic Blvd, Bldg 100, Los Angeles, CA 90021* |
| Customer Contact: | *Matthew Clark* | Customer Billing Contact: | *Matthew Clark* |
| Customer Contact Email: | [redacted] | Customer Billing Contact Email: | [redacted] |

*Offer Terms Valid through:* 8/31/23

| Silo Cash Advance Program Terms | Effective Date | Total Available Advance | Expected Payment Time | Fee | Your Payment to Silo |
|---|---|---|---|---|---|
| | 8/31/23 | $766,813.10 | 6 months | 3.80% | Maximum Total: $766,813.10 |
| | | | | | % of Future Sales: 1.61% |

**Program Details:**

Total Available Advance Amount (maximum future receivables that Silo will purchase): $766,813.10

Expected Payment Time (based on historical sales activity): 6 Months

Payment Terms (scheduled monthly payments starting months 2 through 3 or 6): (please refer to expected payment schedule)

Fee: 3.8% on the amount advanced

**Overview:**

- You can select an amount (up to the Total Available Advance) to receive as an Advance in exchange for a portion of your future sales
- Starting on the date the Advance Amount is provided, month one (1) has no required payment
- Your payment obligation begins at the start of month two (2) and continues monthly until the amount you owe is paid (Advance Amount+ Fee)
- You can elect to make payments prior to the start of month two (2) or additional payments (above the designated payment) at any time
- Additional Advance requests are subject to Silo approval
- Silo will maintain a shared expected payment schedule that is updated with each payment. You may contact Silo regarding any questions related to your expected weekly payments.

https://docs.google.com/spreadsheets/d/1Jyd9zTOTHUsK6lU6tcmBfDpoQKX_s1zBf3VqWuK5vpk/edit#gid=1617072892

**Additional Requirements:**

- Silo must receive previous month's sales and A/R report, plus company bank statement, prior to granting eligibility for an additional advance
- Silo reserves the right to adjust the pricing and availability for future cash advances

**Terms of Service:**

This Order Form, Customer's use of the Silo Cash Advance Program, and receipt of any related services is subject to our Master Service Agreement which is incorporated herein by reference.

Master Service Agreement

By signing below, the parties hereby agree to all the terms and conditions of this Order and Master Service Agreement.

Silo Technologies, Inc.

DocuSigned by:

Signature: Noel Sanchez
293A024CFC11452...

Printed Name: Noel Sanchez

Title: Credit Risk

Date: 10/30/2023

Customer

DocuSigned by:

Signature: Matthew Clark
CD23DBF2D477401...

Printed Name: Matthew Clark

Title: President

Date: 10/30/2023



**Silo Cash Advance Program Order Form**

| | | | |
|---|---|---|---|
| Customer Name: | *LA Produce Distributors* | Customer Address: | *1601 E. Olympic Blvd, Bldg 100, Los Angeles, CA 90021* |
| Customer Contact: | *Matthew Clark* | Customer Billing Contact: | *Matthew Clark* |
| Customer Contact Email: | [redacted] | Customer Billing Contact Email: | [redacted] |

*Offer Terms Valid through:* 11/29/23

| Silo Cash Advance Program Terms | Effective Date | Total Available Advance | Expected Payment Time | Fee | Your Payment to Silo |
|---|---|---|---|---|---|
| | 11/29/23 | $854,037.44 | 6 months | 3.80% | Maximum Total: $854,037.44 |
| | | | | | % of Future Sales: 1.63% |

**Program Details:**

Total Available Advance Amount (maximum future receivables that Silo will purchase): $614,985.78

Expected Payment Time (based on historical sales activity): 6 Months

Payment Terms (scheduled monthly payments starting months 2 through 3 or 6): (please refer to expected payment schedule)

Fee: 3.8% on the amount advanced

**Overview:**

- You can select an amount (up to the Total Available Advance) to receive as an Advance in exchange for a portion of your future sales
- Starting on the date the Advance Amount is provided, month one (1) has no required payment
- Your payment obligation begins at the start of month two (2) and continues monthly until the amount you owe is paid (Advance Amount+ Fee)
- You can elect to make payments prior to the start of month two (2) or additional payments (above the designated payment) at any time
- Additional Advance requests are subject to Silo approval
- Silo will maintain a shared expected payment schedule that is updated with each payment. You may contact Silo regarding any questions related to your expected weekly payments.

https://docs.google.com/spreadsheets/d/1Jyd9zTOTHUsK6lU6tcmBfDpoQKX_s1zBf3VqWuK5vpk/edit#gid=1617072892

**Additional Requirements:**

- Silo must receive previous month's sales and A/R report, plus company bank statement, prior to granting eligibility for an additional advance
- Silo reserves the right to adjust the pricing and availability for future cash advances

**Terms of Service:**

This Order Form, Customer's use of the Silo Cash Advance Program, and receipt of any related services is subject to our Master Service Agreement which is incorporated herein by reference.

Master Service Agreement

By signing below, the parties hereby agree to all the terms and conditions of this Order and Master Service Agreement.

Silo Technologies, Inc.

Signature: DocuSigned by: Jeff Butler CBD44559138F456...

Printed Name: Jeff Butler

Title: GM, Silo Capital

Date: 11/29/2023

Customer

Signature: DocuSigned by: Matthew Clark CD23DBF2D477401...

Printed Name: Matthew Clark

Title: President

Date: 11/29/2023

**Silo Cash Advance Program Order Form**

| | | | |
|---|---|---|---|
| Customer Name: | *LA Produce Distributors* | Customer Address: | *1601 E. Olympic Blvd, Bldg 100, Los Angeles, CA 90021* |
| Customer Contact: | *Matthew Clark* | Customer Billing Contact: | *Matthew Clark* |
| Customer Contact Email: | [redacted] | Customer Billing Contact Email: | [redacted] |

*Offer Terms Valid through:* 12/29/23

| Silo Cash Advance Program Terms | Effective Date | Total Available Advance | Expected Payment Time | Fee | Your Payment to Silo |
|---|---|---|---|---|---|
| | 12/29/23 | $1,001,785.47 | 6 months | 3.80% | Maximum Total: $1,001,785.47 |
| | | | | | % of Future Sales: 1.63% |

**Program Details:**

Total Available Advance Amount (maximum future receivables that Silo will purchase): $614,985.78

Expected Payment Time (based on historical sales activity): 6 Months

Payment Terms (scheduled monthly payments starting months 2 through 3 or 6): (please refer to expected payment schedule)

Fee: 3.8% on the amount advanced

**Overview:**

- You can select an amount (up to the Total Available Advance) to receive as an Advance in exchange for a portion of your future sales
- Starting on the date the Advance Amount is provided, month one (1) has no required payment
- Your payment obligation begins at the start of month two (2) and continues monthly until the amount you owe is paid (Advance Amount+ Fee)
- You can elect to make payments prior to the start of month two (2) or additional payments (above the designated payment) at any time
- Additional Advance requests are subject to Silo approval
- Silo will maintain a shared expected payment schedule that is updated with each payment. You may contact Silo regarding any questions related to your expected weekly payments.

https://docs.google.com/spreadsheets/d/1Jyd9zTOTHUsK6lU6tcmBfDpoQKX_s1zBf3VqWuK5vpk/edit#gid=1617072892

**Additional Requirements:**

- Silo must receive previous month's sales and A/R report, plus company bank statement, prior to granting eligibility for an additional advance
- Silo reserves the right to adjust the pricing and availability for future cash advances

**Terms of Service:**

This Order Form, Customer's use of the Silo Cash Advance Program, and receipt of any related services is subject to our Master Service Agreement which is incorporated herein by reference.

Master Service Agreement

By signing below, the parties hereby agree to all the terms and conditions of this Order and Master Service Agreement.

| Silo Technologies, Inc | Customer |
|---|---|
| Signature: DocuSigned by: Jeff Butler 0A25B465B0BE480... | Signature: DocuSigned by: Matthew Clark CD23DBF2D477401... |
| Printed Name: Jeff Butler | Printed Name: Matthew Clark |
| Title: GM, Silo Capital | Title: President |
| Date: 12/29/2023 | Date: 12/29/2023 |



**Silo Cash Advance Program Order Form**

| | | | |
|---|---|---|---|
| Customer Name: | LA Produce Distributors | Customer Address: | 1601 E. Olympic Blvd, Bldg 100, Los Angeles, CA 90021 |
| Customer Contact: | Matthew Clark | Customer Billing Contact: | Matthew Clark |
| Customer Contact Email: | [redacted] | Customer Billing Contact Email: | [redacted] |

*Offer Terms Valid through:* 1/30/24

| Silo Cash Advance Program Terms | Effective Date | Total Available Advance | Expected Payment Time | Fee | Your Payment to Silo |
|---|---|---|---|---|---|
| | 1/30/24 | $656,094.36 | 6 months | 3.80% | Maximum Total: $681,025<br>% of Future Sales: 1.11% |

**Program Details:**
Total Available Advance Amount (maximum future receivables that Silo will purchase): $656,094.36
Expected Payment Time (based on historical sales activity): 6 Months
Payment Terms (scheduled monthly payments starting months 2 through 3 or 6): (please refer to expected payment schedule)
Fee: 3.8% on the amount advanced

**Overview:**
- You can select an amount (up to the Total Available Advance) to receive as an Advance in exchange for a portion of your future sales
- Starting on the date the Advance Amount is provided, month one (1) has no required payment
- Your payment obligation begins at the start of month two (2) and continues monthly until the amount you owe is paid (Advance Amount+ Fee)
- You can elect to make payments prior to the start of month two (2) or additional payments (above the designated payment) at any time
- Additional Advance requests are subject to Silo approval
- Silo will maintain a shared expected payment schedule that is updated with each payment. You may contact Silo regarding any questions related to your expected weekly payments.
https://docs.google.com/spreadsheets/d/1Jyd9zTOTHUsK6lU6tcmBfDpoQKX_s1zBf3VqWuK5vpk/edit#gid=1617072892

**Additional Requirements:**
- Silo must receive previous month's sales and A/R report, plus company bank statement, prior to granting eligibility for an additional advance
- Silo reserves the right to adjust the pricing and availability for future cash advances

**Terms of Service:**
This Order Form, Customer's use of the Silo Cash Advance Program, and receipt of any related services is subject to our Master Service Agreement which is incorporated herein by reference.
Master Service Agreement

By signing below, the parties hereby agree to all the terms and conditions of this Order and Master Service Agreement.

Silo Technologies, Inc.
DocuSigned by:
Signature: Noel Sanchez
293A024CFC11452...
Printed Name: Noel Sanchez
Title: Capital
Date: 1/30/2024

LA Produce Distributors
DocuSigned by:
Signature: Matthew Clark
CD23DBF2D477401...
Printed Name: Matthew Clark
Title: President
Date: 1/30/2024



# Cash Advance Program Order Form

8605 Santa Monica Blvd
West Hollywood, CA 90069
usesilo.com

Customer Name: Los Angeles Produce Distributors LLC

Customer Billing Address: 1601 E Olympic Blvd
Bldg. 100
Los Angeles, CA 90021

Customer Contact: Matthew Clarke

Customer Billing Contact: Matthew Clarke

Customer Contact Email: [redacted]

Customer Billing Email: [redacted]

***Offer Terms Valid through:*** *7 March 2024*

| Silo Cash Advance Program | Effective Date | Total Available Advance | Expected Payment Terms | Fee | Your Payment to Silo |
|---|---|---|---|---|---|
| | 02 / 28 / 2024 | $692,267.68 | 6 Months | 3.800% | $718,573.85 |
| | | | | | As a % of Sales: 1.11% |

**Program Details:**
- Total Available Advance Amount (maximum future receivables that Silo will purchase): $692,267.68
- Expected Payment Time (based on historical sales activity): 6 Months
- Payment Terms (scheduled weekly payments starting months 2 through 3 or 6): (please refer to expected payment schedule)
- Fee: 3.800%

**Overview:**
- You can select an amount (up to the Total Available Advance) to receive as an Advance in exchange for a portion of your future sales
- Starting on the date the Advance Amount is provided, month one (1) has no required payment.
- Your payment obligation begins at the start of month two (2), i.e. four (4) weeks after advance date, and continues weekly until the amount you owe is paid (Advance Amount+ Fee)
- You can elect to make payments prior to the scheduled payment obligation start date referenced above, or make additional payments (above the designated payment) at any time.
- Additional Advance requests are subject to Silo approval.
- Silo will maintain a shared expected payment schedule that is updated with each payment. You may contact Silo regarding any questions related to your expected weekly payments.
- Silo may request reporting and/or bank statements from time to time throughout the duration of your cash advance, which you agree to send upon request.

**Terms of Service:**
This Order Form, Customer's use of the Silo Cash Advance program, and receipt of any related services is subject to our Master Service Agreement which is incorporated herein by reference.

Master Service Agreement

By signing below, the parties hereby agree to all the terms and conditions of this Order and Master Service Agreement.

Silo Technologies, Inc

Signature *Jeff Butler*

Printed Name Jeff Butler

Los Angeles Produce Distributors LLC

Signature *Matthew Clark*

Printed Name Matthew Clark



# Cash Advance Program Order Form

8605 Santa Monica Blvd
West Hollywood, CA 90069
usesilo.com

| Title | GM, Silo Capital | Title | President |
|---|---|---|---|
| Date | 02-28-2024 | Date | 02-28-2024 |

Document Ref: KKTCA-PGDTG-EZKDC-MMPZR



# Cash Advance Program Order Form

8605 Santa Monica Blvd
West Hollywood, CA 90069
usesilo.com

## OFFER SUMMARY - SILO CASH ADVANCE

| | | |
|---|---|---|
| Funding Provided | $692,267.68 | This is how much funding Silo will provide. |
| Estimated Annual Percentage Rate (APR) | 0.00% | APR is the estimated cost of your financing expressed as a yearly rate. APR incorporates the amount and timing of the funding you receive, fees you pay, and the periodic payments you make. This calculation is based on our estimate of your average monthly income through future receivables. Since your actual income may vary from our estimate, your effective APR may also vary. APR is not an interest rate. The cost of this financing is based upon fees charged by Silo rather than interest that accrues over time. |
| Finance Charge | $26,306.17 | This is the dollar cost of your funding. Your finance charge will not increase if you take longer to pay off what you owe. |
| Estimated Total Payment Amount | $718,573.85 | This is the total dollar amount of payments we estimate you will make under the contract. |
| Estimated Monthly Cost | Month 1: $0 / month<br>Months 2-6:<br>$130,649.79 / month | Although you do not make payments on a monthly basis, this is our calculation of your average monthly cost based upon the payment amounts disclosed below. |
| Estimated Payment | Weeks 1-4: $0 / Week<br>Weeks 5-26: $32,662.45 / Week | |
| Payment Terms | Starting in the second month, your account will be debited for $32,662.45 of your gross receipts each week, according to the established repayment schedule, until the Total Payment Amount is paid. | |
| Estimated Term | 180 Days | This is our estimate of how long it will take to collect amounts due to us under the contract based upon your estimated monthly income of. |
| Prepayment | If you pay off the funding faster than required, you still must pay all or a portion of the finance charge, up to the total repayment amount based upon our estimates.<br><br>If you pay off the financing faster than required, you will not be required to pay additional fees. | |



# Cash Advance Program Order Form

8605 Santa Monica Blvd
West Hollywood, CA 90069
usesilo.com

Applicable law requires this information to be provided to you to help you make an informed decision. By signing below, you are confirming that you received this information.

| Seller Signature | Jeff Butler |
|---|---|
| Date | 02-28-2024 |

| Recipient Signature | Matthew Clark |
|---|---|
| Date | 02-28-2024 |

# Signature Certificate

Reference number: [REDACTED]

| Signer | Timestamp | Signature |
|---|---|---|
| **Matthew Clarke**<br>Email: [REDACTED] | | Matthew Clark |
| Sent: | 28 Feb 2024 19:44:27 UTC | |
| Viewed: | 28 Feb 2024 19:57:00 UTC | |
| Signed: | 28 Feb 2024 19:59:45 UTC | |
| **Recipient Verification:** | | IP address: 162.218.154.242 |
| ✔Email verified | 28 Feb 2024 19:57:00 UTC | Location: Alhambra, United States |
| **Jeff Butler**<br>Email: [REDACTED] | | Jeff Butler |
| Sent: | 28 Feb 2024 19:44:27 UTC | |
| Viewed: | 29 Feb 2024 01:48:24 UTC | |
| Signed: | 29 Feb 2024 01:49:12 UTC | |
| **Recipient Verification:** | | IP address: 134.215.67.142 |
| ✔Email verified | 29 Feb 2024 01:48:24 UTC | Location: St. George, United States |

Document completed by all parties on:

29 Feb 2024 01:49:12 UTC

Page 1 of 1

**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.





# Cash Advance Program Order Form

8605 Santa Monica Blvd
West Hollywood, CA 90069
usesilo.com

| | | | |
|---|---|---|---|
| Customer Name: | Los Angeles Produce Distributors LLC | Customer Billing Address: | 1601 E Olympic Blvd<br>Bldg. 100<br>Los Angeles, CA 90021 |
| Customer Contact: | Matthew Clarke | Customer Billing Contact: | Matthew Clarke |
| Customer Contact Email: | [redacted] | Customer Billing Email: | [redacted] |

***Offer Terms Valid through:*** *11 April 2024*

| Silo Cash Advance Program | Effective Date | Total Available Advance | Expected Payment Terms | Fee | Your Payment to Silo |
|---|---|---|---|---|---|
| | 03 / 28 / 2024 | $721,328.76 | 6 Months | 3.800% | $748,739.25 |
| | | | | | As a % of Sales: 2.96% |

**Program Details:**
- Total Available Advance Amount (maximum future receivables that Silo will purchase): $721,328.76
- Expected Payment Time (based on historical sales activity): 6 Months
- Payment Terms (scheduled weekly payments starting months 2 through 3 or 6): (please refer to expected payment schedule)
- Fee: 3.800%

**Overview:**
- You can select an amount (up to the Total Available Advance) to receive as an Advance in exchange for a portion of your future sales
- Starting on the date the Advance Amount is provided, month one (1) has no required payment.
- Your payment obligation begins at the start of month two (2), i.e. four (4) weeks after advance date, and continues weekly until the amount you owe is paid (Advance Amount+ Fee)
- You can elect to make payments prior to the scheduled payment obligation start date referenced above, or make additional payments (above the designated payment) at any time.
- Additional Advance requests are subject to Silo approval.
- Silo will maintain a shared expected payment schedule that is updated with each payment. You may contact Silo regarding any questions related to your expected weekly payments.
- Silo may request reporting and/or bank statements from time to time throughout the duration of your cash advance, which you agree to send upon request.

**Terms of Service:**
This Order Form, Customer's use of the Silo Cash Advance program, and receipt of any related services is subject to our Master Service Agreement which is incorporated herein by reference.

Master Service Agreement

By signing below, the parties hereby agree to all the terms and conditions of this Order and Master Service Agreement.

| Silo Technologies, Inc | | Los Angeles Produce Distributors LLC | |
|---|---|---|---|
| Signature | *Jeff Butler* | Signature | *Matthew Clark* |
| Printed Name | Jeff Butler | Printed Name | Matthew clark |



# Cash Advance Program Order Form

8605 Santa Monica Blvd
West Hollywood, CA 90069
usesilo.com

| | | | |
|---|---|---|---|
| Title | GM, Silo Capital | Title | President |
| Date | 03-29-2024 | Date | 03-28-2024 |

Document Ref: MFMSW-M8SNA-EYY3R-BLKPG



# Cash Advance Program Order Form

8605 Santa Monica Blvd
West Hollywood, CA 90069
usesilo.com

## OFFER SUMMARY - SILO CASH ADVANCE

| | | |
|---|---|---|
| Funding Provided | $721,328.76 | This is how much funding Silo will provide. |
| Estimated Annual Percentage Rate (APR) | 0.00% | APR is the estimated cost of your financing expressed as a yearly rate. APR incorporates the amount and timing of the funding you receive, fees you pay, and the periodic payments you make. This calculation is based on our estimate of your average monthly income through future receivables. Since your actual income may vary from our estimate, your effective APR may also vary. APR is not an interest rate. The cost of this financing is based upon fees charged by Silo rather than interest that accrues over time. |
| Finance Charge | $27,410.49 | This is the dollar cost of your funding. Your finance charge will not increase if you take longer to pay off what you owe. |
| Estimated Total Payment Amount | $748,739.25 | This is the total dollar amount of payments we estimate you will make under the contract. |
| Estimated Monthly Cost | Month 1: $0 / month<br>Months 2-6:<br>$136,134.41 / month | Although you do not make payments on a monthly basis, this is our calculation of your average monthly cost based upon the payment amounts disclosed below. |
| Estimated Payment | Weeks 1-4: $0 / Week<br>Weeks 5-26: $34,033.60 / Week | |
| Payment Terms | Starting in the second month, your account will be debited for $34,033.60 of your gross receipts each week, according to the established repayment schedule, until the Total Payment Amount is paid. | |
| Estimated Term | 180 Days | This is our estimate of how long it will take to collect amounts due to us under the contract based upon your estimated monthly income of. |
| Prepayment | If you pay off the funding faster than required, you still must pay all or a portion of the finance charge, up to the total repayment amount based upon our estimates.<br><br>If you pay off the financing faster than required, you will not be required to pay additional fees. | |



# Cash Advance Program Order Form

8605 Santa Monica Blvd
West Hollywood, CA 90069
usesilo.com

Applicable law requires this information to be provided to you to help you make an informed decision. By signing below, you are confirming that you received this information.

| Seller Signature | Jeff Butler |
|---|---|
| Date | 03-29-2024 |

| Recipient Signature | Matthew Clark |
|---|---|
| Date | 03-28-2024 |

# Signature Certificate

Reference number: [REDACTED]

| Signer | Timestamp | Signature |
|---|---|---|
| **Matthew Clarke**<br>Email: [REDACTED] | | Matthew Clark |
| Sent: | 28 Mar 2024 23:52:39 UTC | |
| Viewed: | 29 Mar 2024 00:01:57 UTC | |
| Signed: | 29 Mar 2024 00:02:44 UTC | |
| **Recipient Verification:** | | IP address: 172.58.208.60 |
| ✔Email verified | 29 Mar 2024 00:01:57 UTC | Location: Los Angeles, United States |
| **Jeff Butler**<br>Email: [REDACTED] | | Jeff Butler |
| Sent: | 28 Mar 2024 23:52:39 UTC | |
| Viewed: | 29 Mar 2024 19:45:41 UTC | |
| Signed: | 29 Mar 2024 19:46:32 UTC | |
| **Recipient Verification:** | | IP address: 134.215.67.142 |
| ✔Email verified | 29 Mar 2024 19:45:41 UTC | Location: Washington, United States |

Document completed by all parties on:

29 Mar 2024 19:46:32 UTC

Page 1 of 1

**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.

