# EXHIBIT C



*A Limited Liability Company*
400 East Pratt Street
9th Floor
Baltimore, Maryland 21202
Telephone 410.385.2225
Facsimile 410.547.2432
silvermanthompson.com

Baltimore | Towson | Washington, DC

Writer's Direct Contact:
Mark Edelson
443-909-7510
medelson@silvermanthompson.com

ATTORNEYS AT LAW

March 6, 2025

**<u>VIA FIRST CLASS MAIL CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND ELECTRONIC MAIL</u>**

LA Produce Distributors LLC
c/o Mr. Matthew Clarke
1601 East Olympic Boulevard, Bldg. 100
Los Angeles, California 90021

Mr. Matthew Clarke
1601 East Olympic Blvd., Bldg. 100
Los Angeles, California 90021

Re:   *Silo Technologies, Inc. v. LA Produce Distributors LLC*
      **<u>NOTICE OF DEFAULT AND DEMAND TO CURE</u>**

Dear Mr. Clarke:

Silo Technologies, Inc. ("<u>Silo</u>") has retained this law firm with respect to the obligations and indebtedness owed by LA Produce Distributors LLC pursuant to the Cash Advance Program and Master Service Agreement ("<u>Cash Advance Program</u>") that LA Produce Distributors LLC entered into with Silo.

As you are aware, LA Produce Distributors LLC is in default of the terms of the Cash Advance Program and owes a balance of $2,155,417.60 to Silo ("<u>Debt</u>").

Silo has authorized this firm to commence appropriate legal proceedings to collect the Debt unless this mater can be resolved. Legal action will result in additional costs for which you will be responsible, including Silo's attorneys' fees and expenses. Silo reserves all rights, claims, and causes of action against you under the Cash Advance Program, any related agreements, and governing law, including but not limited to, Silo's right to seek a judgment against you and to exercise its rights as a secured creditor under the Uniform Commercial Code. Any judgment will include prejudgment and post-judgment interest at the maximum rate allowable by law.

You must make immediate arrangements to resolve this matter, but by no later than **March 20, 2025**, to avoid legal action. This letter was sent by first-class mail, postage prepaid, and certified mail to ensure receipt of the same.

Washington
1750 K Street NW, Suite 810
Washington, DC 20006

Towson
1 W Pennsylvania Ave, #905
Towson, MD 21204

Very truly yours,

/s/

Mark Edelson