**SILVERMAN | THOMPSON | SLUTKIN | WHITE | LLC**
WILLIAM N. SINCLAIR, ESQ. (SBN 222502)
bsinclair@silvermanthompson.com
400 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 385-2225
Facsimile: (410) 547-2432

*Attorney for Plaintiff JFUN AR I LLC*

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

JFUN AR I LLC,

         *Plaintiff,*

vs.

LA PRODUCE DISTRIBUTORS LLC
1601 East Olympic Boulevard, Building 100
Los Angeles, California 90021
Care of registered agent:
Matthew Clark
1601 East Olympic Blvd., Bldg. 100
Los Angeles, California 90021

         *Defendant.*

Case No.: 3:25-CV-04451

**CASE MANAGEMENT STATEMENT**

Plaintiff, JFUN AR I LLC ("Plaintiff") submits the following Case Management Statement pursuant to the Order Setting Initial Case Management Conference and ADR Deadlines (ECF 3) filed on May 28, 2025:

**SUMMARY**

This is an action by Plaintiff for breach of contract against Defendant, LA Produce Distributors LLC ("Defendant" or "LA Produce"). Defendant agreed to sell, and Plaintiff, as assignee, agreed to

purchase, Defendant's future receivables in exchange for an upfront purchase price. Defendant failed to make agreed upon periodic payments to Plaintiff. Defendant agreed that if it breached its agreement with Plaintiff, then Defendant would pay Plaintiff any remaining amount of future receivables not yet remitted plus other amounts owed, including expenses and reasonable attorneys' fees incurred by Plaintiff due to Defendant's breach. As of May 1, 2025, Defendant is indebted to Plaintiff for at least $2,155,417.60 pursuant to the Agreement.

**STATEMENT**

1. On May 27, 2025, Plaintiff filed its Complaint against Defendant (ECF 1).

2. This Court has diversity jurisdiction under 28 U.S.C. § 1332 because Defendant is domiciled in California, Plaintiff is domiciled in Delaware, and the amount in controversy exceeds $75,000.00.

3. Venue is proper in the County of San Francisco, California, in accordance with the terms of the parties' contract, which provide that venue shall lie in this county.

4. On June 10, 2025, Plaintiff caused the Complaint, Notice of a Lawsuit and Request to Waive Service of a Summons, Order Setting Initial Case Management Conference and ADR Deadlines and Consent or Declination to Magistrate Judge Jurisdiction to be hand delivered to Ruby Rodriguez as authorized recipient of Defendant at 1601 East Olympic Boulevard, Building 100, Los Angeles, California 90021 (ECF 6).

5. On July 31, 2025, Plaintiff filed its Request for Clerk's Entry of Default (ECF 7).

6. On August 1, 2025, the Plaintiff's Request for Clerk's Entry of Default was declined because Defendant's agent was not served.

7. Plaintiff is reinitiating service attempts on Defendant through its residential agent. Plaintiff proposes a deadline for service to be 90 days from the date a summons is issued, if a summons is necessary.

8. Because Defendant has not yet been served, Plaintiff is not able to provide the information required by the Standing Order for all Judges of the Northern District of California concerning the Contents of Joint Case Management Statement and pursuant to Civil Local Rule 16-9.

9. All attorneys of record have reviewed the Guidelines for Professional Conduct for the Northern District of California.

Dated: August 20, 2025　　　　　　　SILVERMAN THOMPSON SLUTKIN & WHITE

By: _/s/ William N. Sinclair_
William N. Sinclair (SBN 222502)
SILVERMAN|THOMPSON|SLUTKIN|WHITE
400 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 385-2225
Facsimile: (410) 547-2432
bsinclair@silvermanthompson.com